IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

S.Z.D.,

        Petitioner,

v.

CAMMILLA WAMSLEY, Seattle Field Office
Director, Immigration and Customs
Enforcement and Removal Operations
("ICE/ERO"); TODD LYONS, Acting Director
U.S. Immigration Customs Enforcement ("ICE");
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; KRISTI NOEM, Secretary
of U.S. Department of Homeland Security ("DHS");
U.S. DEPARTMENT OF HOMELAND SECURITY,

        Respondents.

Case No. 3:25-cv-01931-AB

ORDER

**BAGGIO, District Judge:**

        Petitioner S.Z.D.'s Petition for Writ of Habeas Corpus (2241 – Federal) [1] is

GRANTED IN PART. As discussed on the record, because Respondents do not have authority to

1 – ORDER

detain Petitioner under 8 U.S.C. § 1225(b)(2)(A), Respondents must immediately release Petitioner from detention at the Northwest ICE Processing Center in Tacoma, Washington. Respondents must provide the Court proof of Petitioner's release within twenty-four hours of this Order. Petitioner's Motion for Temporary Restraining Order [2] is thus moot.

IT IS SO ORDERED.

DATED this 29th day of October, 2025.

AMY M. BAGGIO
United States District Judge

2 – ORDER